UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERION COLLINS, | Case No. 2:17-cv-03404-PA-JC |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: July 31, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE